OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

UNITED STATES POSTAGE

PITNEY BOWES

02 1M          $ 00.26⁵
0004279596     MAR 10 2015
MAILED FROM ZIP CODE 78711

3/2/2015
JOHNSON, KENNETH RAY    Tr. Ct. No. CR23,287-B          WR-78,231-08
On this day, the supplemental clerk's record, in response to the order issued by this
Court, has been received and presented to the Court.

Abel Acosta, Clerk

PRESIDING JUDGE 20TH DISTRICT COURT
P O BOX 728
CAMERON, TX 76520                    U TF

AAUBS3B  76520